UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN WARREN RIVERS,<br><br>Plaintiff,<br><br>v.<br><br>HERLONG FCI, et al.,<br><br>Defendants. | No. 2:19-cv-0130-EFB P<br><br><br><br>ORDER |

Plaintiff is a federal prisoner proceeding without counsel in this civil action. He seeks leave to proceed in forma pauperis. ECF No. 2. He has not, however, filed his application using this district's form Application to Proceed In Forma Pauperis By a Prisoner. In addition, the in forma pauperis statute requires that a prisoner seeking leave to proceed in forma pauperis file a certified copy of the trust fund account statement for the 6-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a)(2). Plaintiff has not submitted a certified copy of his trust account statement.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

2. Plaintiff has 30 days from the date this order is served to submit the required application and trust account statement or pay the appropriate filing fee.

1

3. Plaintiff's failure to comply with this order may result in this action being dismissed.

Dated: January 28, 2019.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE