UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Melvin Warren Rivers, | No. 2:19-cv-00130-KJM-EFB |
| Plaintiff, | ORDER |
| v. | |
| Herlong FCI, et al., | |
| Defendants. | |

      On May 29, 2019, the court adopted the magistrate judge's findings and recommendations, dismissing this action without prejudice. ECF No. 7. The case was dismissed for plaintiff's failure to comply with court instructions and submit the filing fee or a completed Application to Proceed In Forma Pauperis. Findings and Recommendations at 1, ECF No. 6.

      Plaintiff now files a request to reopen the case because plaintiff did not receive the court's prior orders in the mail and only learned of this case's dismissal from a search on LexisNexis. Several filings have been returned as undeliverable to the plaintiff. Request at 1, ECF No. 9. This was noted in the Findings and Recommendations, in which the magistrate judge correctly acknowledged that, despite plaintiff's incarceration status, it is his responsibility to keep the court updated regarding his current address to receive service. Findings and Recommendations at 1 n.1. The fact plaintiff did not receive the court's previous orders is not a basis for reopening this case or providing relief from judgment. *See* Fed. R. Civ. P. 60(b) (permitting reconsideration of a

final judgment based on (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence; and (3) fraud, misrepresentation, or misconduct of an opposing party); s*ee also* Local Rule 230(j)(3)–(4) (permitting reconsideration if movant shows "new or different facts or circumstances").

The court, therefore, **denies the plaintiff's request.**

This order resolves ECF No. 9.

IT IS SO ORDERED.

DATED:  October 18, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE